UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-02778 |
| LAURA MARIE MARTIN | ) | |
| fka LAURA STRAFACI , | ) | Chapter: 7 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of Federal National Mortgage Association, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given:

IT IS HEREBY ORDERED that the automatic stay in the case is modified so as to not restrain Federal National Mortgage Association from pursuing nonbankruptcy remedies with respect to the property located at: 3737 W 57Th Pl, Chicago, Illinois 60629.

Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective on March 13, 2018.

Any Claims and/or Stipulations filed by this Creditor are vacated.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  February 27, 2018

**Prepared by:**